IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| AARON HIRSCH, Individually and on behalf of all others similarly situated, § § § Plaintiff, § § v. § § TRANZVIA LLC, § § Defendant. § | Civil Action No. 4:17-cv-763 |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Aaron Hirsch, and Defendant, TranzVia LLC (together, the "Parties"), have announced to the Court that the matters in controversy between and among them have been settled and that the consideration therefore has been paid in full and received. In accordance with the Stipulation of Dismissal with Prejudice filed by the Parties, it is

ORDERED that all claims, demands, debts, or causes of action asserted or assertable, including counterclaims and third-party claims, in this action are DISMISSED WITH PREJUDICE; it is further

ORDERED that all attorneys' fees and court costs are to be borne by the party incurring them.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 2nd day of April, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE